

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00040-CR

**BYRON KEITH LAWHON,**

                                                   **Appellant**

 v.

**THE STATE OF TEXAS,**

                                                  **Appellee**

---

**From the 249th District Court**
**Johnson County, Texas**
**Trial Court No. F49340**

## O R D E R

On October 31, 2016, this Court received a Motion to Abate Appeal from counsel for Byron Keith Lawhon. In the motion, counsel states that Lawhon contacted him and indicated a desire to withdraw the appeal.

We abate this appeal to the trial court to hold a hearing within 35 days of the date of this order to determine whether Lawhon desires to continue the appeal. The

supplemental clerk's and reporter's records, if any, are ordered to be filed within 45 days

of the date of this Order.  The motion to abate the appeal is granted.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated; motion granted
Order issued and filed November 23, 2016
Do not publish

